ACCEPTED
03-14-00570-CR
5848498
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| **ERIC BYRON CRAYTON** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 4:20:35 PM
JEFFREY D. KYLE
Clerk

## MOTION TO ORDER A SUPPLEMENTAL REPORTER'S RECORD

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves the Court to order the preparation, certification and filing of a supplemental reporter's record for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and requested that the Reporter submit a record containing all exhibits. The State's brief is due by July 3, 2015, and will be filed before the deadline.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. During further review of the record while writing the State's brief, Mr. Hearrell noticed that the copy of State's Exhibit 73 he obtained from the Court Reporter omitted part of the

1

video which was entered into evidence. Whereas the full version of State's Exhibit 73 – which the District Clerk has in its possession – is 25 minutes and 58 seconds long, the version on file with the Third Court is apparently only five minutes and 12 seconds long. The State has need of and intends to cite to portions of the full video which were omitted from the shorter version on file with the Third Court.[1] Accordingly, under rule 34.6(d) of the Texas Rules of Appellate Procedure, the State has requested that the Reporter prepare, certify and file the full version of State's Exhibit 73 in a supplemental reporter's record. Request, *attached*.

## III.

Out of an abundance of caution, the State moves this Honorable Court to order the preparation, certification and filing of said supplemental record. Because the Court will not likely hear or decide the instant motion until 10 days after the motion is filed, in the event said supplemental record has already been submitted to the Court, the State alternatively moves the Court to accept the filing of said supplemental record into the record on appeal. *See* Tex. R. App. P. 10.3, 34.6(d).

## IV.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays that this Honorable Court order the preparation, certification and filing of a supplemental record containing the full version (25 minutes and 58

---

[1] Because the State's brief will be filed before the deadline on July 3, 2015, it will cite to video times in the anticipated supplemental record.

2

seconds) of State's Exhibit 73, or in the alternative, that it allow the filing of said supplemental record into the record on appeal if it has already been submitted to the Court when the instant motion is heard and decided.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Motion to Order a Supplemental Reporter's Record* has been delivered to the following:

Mary Scopas
*Court Reporter*
scopam@co.comal.tx.us
207th District Court
150 N. Seguin Ave., Suite 317
New Braunfels, TX 78130

Richard E. Wetzel
*Attorney for Appellant ERIC BYRON CRAYTON on Appeal*
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701

By electronically sending it to the above-listed email addresses through efile.txcourts.gov e-filing service this 26th day of June, 2015.


/s/ Joshua D. Presley
**Joshua D. Presley**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 207TH JUDICIAL DISTRICT |
| | § | |
| ERIC BYRON CRAYTON | § | COMAL COUNTY, TEXAS |

## REQUEST TO FILE SUPPLEMENTAL REPORTER'S RECORD

TO THE HONORABLE REPORTER OF SAID COURT:

Now comes the State of Texas, by and through its Assistant District Attorney, and requests pursuant to rule 34.6(d) of the Texas Rules of Appellate Procedure that the Court Reporter prepare, certify, and file in the Court of Appeals for the Third District of Texas – in Appellate Cause Number 03-14-00570-CR – a supplemental Reporter's Record containing the following items:

a)   The full and complete video entered into evidence as State's Exhibit 73 in CR2012-225, totaling approximately 25 minutes and 58 seconds.[1]

b)   This State's Request to File Supplemental Reporter's Record.

Because the Defendant/Appellant is indigent, the record is to be prepared at taxpayer expense.

---

[1] While the District Clerk appears to have the full version (25 minutes and 58 seconds long) on file, the version of State's Exhibit 73 currently on file with the Third Court of Appeals appears to contain only a portion of the exhibit (around five minutes and 12 seconds long).

1

Respectfully submitted,

_____
Joshua D. Presley, SBN: 24088254
preslj@co.comal.tx.us
Assistant District Attorney
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130-5191
Phone: (830) 221-1300
Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, hereby certify that a true and correct copy of the above and foregoing Request to File a Supplemental Reporter's Record was sent to the following:

Mary Scopas
*Court Reporter*
207th District Court
150 N. Seguin Ave., Suite 317
New Braunfels, TX 78130
Fax: (830) 608-2030

Richard E. Wetzel
*Attorney for Appellee ERIC BYRON CRAYTON on Appeal*
wetzel_law@1411west.com
1411 West Avenue, Suite 100
Austin, TX 78701
Fax: (512) 474-5594

By fax to the above-listed numbers on this the 26th day of June, 2015.

_____
Joshua D. Presley

2